# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2185
LT Case No. 2024-SC-1731

_____

LITTLE ROBERT ROBERTSON,

    Appellant,

    v.

ZRS MANAGEMENT, LLC and
TUSKAWILLA AT WINTER
SPRINGS,

    Appellees.

_____


On appeal from the County Court for Seminole County.
Wayne Culver, Judge.

Little Robert Robertson, Orlando, pro se.

James I. Barron, III, of James I. Barron, III P.A., Orlando, for
Appellees.


October 14, 2025


PER CURIAM.

    AFFIRMED.


EISNAUGLE, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____